

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00235-CR

Alexander **VOTION**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-10529
Honorable Joel Perez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED May 7, 2025.

_____
Rebeca C. Martinez, Chief Justice